# IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, N.A.,
SUCCESSOR BY MERGER TO BAC
HOME LOANS SERVICING, LP A
NATIONAL BANKING ASSOCIATION,
                    Appellant,
            vs.
ESPLANADE COMMUNITY
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION,
                    Respondent.

No. 68987

FILED

MAR 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Susan Johnson, District Judge
        John Walter Boyer, Settlement Judge
        Wright, Finlay & Zak, LLP/Las Vegas
        Alessi & Koenig, LLC
        HOA Lawyers Group, LLC
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-08461